## 36702. HOLLINGSWORTH v. FLOYD COUNTY.

QUILLIAN, J. This case is based on the same principles of law as contained in *Owens* v. *Floyd County*, ante. The rulings there are hereby made the rulings in the instant case, and the trial court is directed to enter a judgment non obstante veredicto for the plaintiff in the sum of $4,750.78 plus interest from July 16, 1955, at the rate of seven percent per annum.

*Judgment reversed with direction. Townsend and Nichols, JJ., concur. Felton, C. J., disqualified.*

DECIDED MAY 28, 1957—REHEARING DENIED JUNE 11, 1957.

*Harris & Harris, Gary Hamilton, Wright & Glover, Maddox & Maddox,* for plaintiff in error.

*Matthews, Maddox, Walton & Smith, John W. Maddox,* contra.